Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Pro-Se
Celina G. Afenir

vs

Countrywide Home Loans,
Recontrust Company
BLUE HORIZON CAPITAL, INPAC
FUNDING CORPORATION
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS

FILED
2008 JUL 11  3:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1255 WQH POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

PRO-SE
Celina G. Afenir

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                           JUL 1 1 2008
CLERK                                            DATE
J. HARIS

By _____, Deputy Clerk

Summons in a Civil Action                                        Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)