**FILED**

JUL 18 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA G. AFENIR,<br><br>    Plaintiff,<br>vs.<br>COUNTRYWIDE HOME LOANS, et al.,<br><br>    Defendants. | CASE NO. 08cv1255 WQH (POR)<br><br>**ORDER** |

HAYES, Judge:

On July 11, 2008, at 4:01 p.m., Plaintiff Celina Afenir filed the Complaint (Doc. # 1) and Motion for Temporary Restraining Order (Doc. # 3). The Motion for Temporary Restraining Order requests that the Court "enjoin and restrain defendant from pursuing, conducting or selling the Plaintiff's subject property presently scheduled for July 14, 2007." *Mot. for TRO*, p. 1. Although Plaintiff filed the Complaint and Motion for Temporary Restraining Order on July 11, 2008, these documents were not entered into the docket until July 14, 2008. The Court has attempted to contact Plaintiff regarding the pending Motion for Temporary Restraining Order by leaving a message on her answering machine. The Court has not received any response from Plaintiff. In light of the foregoing, the Motion for Temporary Restraining Order (Doc. # 3) is **DENIED without prejudice as moot.**

DATED: 7/18/08

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE