Martin T. McGuinn (SBN 082530)
C. Colin Cossio (SBN 167901)
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile: (619) 685-4004

Attorneys for Defendants COUNTRYWIDE HOME LOANS, INC.,
IMPAC FUNDING CORPORATION, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS and RECON TRUST COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CELINA G. AFENIR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE HOME LOANS<br>BLUE HORIZON CAPITAL, IMPAC<br>FUNDING CORPORATION, MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS<br>INC., AND RECONTRUST COMPANY<br><br>　　　　Defendants. | Case No. 08 CV 1255 WQH POR<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>Judge:　　　　　　Hon. William Q. Hayes<br>Magistrate Judge:　Hon. Louisa S. Porter<br>Ctrm:　　　　　　4 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to Civil Local Rule 40.2, that the following entities are parent corporations of Defendants Countrywide Home Loans ("CWHL"), Impac Funding Corporation ("Impac"), Mortgage Electronic Registrations Inc. and Recontrust Company ("Recontrust"), respectively:

　　1.　　Bank of America Corporation, a Delaware corporation, parent corporation of CWHL and Recontrust;

　　2.　　Impac Mortgage Holdings, Inc., a California corporation, parent corporation of Impac Funding Corporation; and

---

NOTICE OF PARTIES WITH FINANCIAL INTEREST　　　　　　　　　　　　　　　　Case No. 08 CV 1255 WQH POR
*AFENIR v. COUNTRYWIDE HOME LOANS, et al.*　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

3. MERS Corp., a Delaware corporation, parent corporation of Mortgage Electronic Registration, Inc.

Dated: August 25, 2008                    KIRBY & McGUINN, A P.C.

By: */s/ Martin T. McGuinn*
    Martin T. McGuinn
    C. Colin Cossio
    Attorneys for Defendant COUNTRYWIDE
    HOME LOANS, IMPAC FUNDING and
    RECONTRUST COMPANY

1  Martin T. McGuinn (SBN 082530)
   C. Colin Cossio (SBN 167901)
2  KIRBY & McGUINN, A P.C.
   600 B Street, Suite 1950
3  San Diego, California 92101-4515
   Telephone: (619) 685-4000  Facsimile: (619) 685-4004
4

5  Attorneys for Defendants COUNTRYWIDE HOME LOANS,
   IMPAC FUNDING, MORTGAGE ELECTRONIC REGISTRATION
6  SYSTEMS, INC. and RECONTRUST COMPANY

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 CELINA G. AFENIR,                         )   Case No. 08 CV 1255 WQH POR
                                             )
12             Plaintiff,                    )
                                             )   **DECLARATION OF SERVICE**
13    v.                                     )
                                             )
14 COUNTRYWIDE HOME LOANS                    )
   BLUE HORIZON CAPITAL, IMPAC               )
15 FUNDING CORPORATION, MORTGAGE             )
   ELECTRONIC REGISTRATION SYSTEMS           )
16 INC., AND RECONTRUST COMPANY              )
                                             )
17             Defendants.                   )
   _____)
18

19     I, Beth Ward, declare under penalty of perjury that the following facts are true and correct: I am

20 a resident of the State of California and over the age of 18 years and not a party to or interested in the

21 within entitled cause. I am an employee of KIRBY & McGUINN, and my business address is 600 "B"

22 Street, Suite 1950, San Diego, California 92101-4515. On August 28, 2008, I served the following

23 document(s):

24                 **NOTICE OF PARTIES WITH FINANCIAL INTEREST**

25 by:

26    ☐    MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail
            tray located in my office for deposit in the United States mail, with postage fully
27          prepaid, addressed as shown below. I am readily familiar with the business practice
            at my place of business for collection and processing of outgoing mail with the U.S.
28          Postal Service that same day in the ordinary course of business.

---

DECLARATION OF SERVICE                                          Case No. 08 CV 1255 WQH POR
*AFENIR v. COUNTRYWIDE HOME LOANS, et al.*                                           Page 1

☐ PERSONAL SERVICE: by personally serving by hand-delivery, via the same in an envelope(s) addressed as shown below:

☐ OVERNIGHT DELIVERY: by enclosing, a true copy(ies) in a sealed FedEx envelope(s) addressed as shown below.

☐ VIA FACSIMILE: by transmitting via facsimile to the number(s) shown below:

■ ELECTRONICALLY through the U.S. District Court, Southern District website: https://www.casd.uscourts.gov/

Said document(s) was/were served on the following persons:

Celina G. Afenir, Pro Se
11691 North 144th Drive
Surprise, AZ 85379
Telephone: (623) 215-6595

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2008, at San Diego, California.

*Beth Ward*
Beth Ward

---

DECLARATION OF SERVICE
*AFENIR v. COUNTRYWIDE HOME LOANS, et al.*

Case No. 08 CV 1255 WQH POR
Page 2