UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA G. AFENIR,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS BLUE HORIZON CAPITAL; IMPAC FUNDING CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; and RECON TRUST COMPANY,<br><br>  Defendant. | Civil No.   08-cv-1255-WQH (POR)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION** |

On September 16, 2008, Plaintiff Celina G. Afenir and Martin T. McGuinn, Esq., counsel for Defendant, contacted the Court and requested the Early Neutral Evaluation scheduled for October 2, 2008 at 10:00 a.m. be rescheduled. Based on Plaintiff's inability to travel, the Court hereby reschedules the Early Neutral Evaluation currently set for October 2, 2008 to **September 29, 2008** at **1:30 p.m**. The conference shall be telephonic, with attorneys only. Defendant's counsel shall initiate and coordinate the conference call.

**IT IS SO ORDERED.**

DATED: September 24, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:      The Honorable William Q. Hayes
          all parties